FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER CIVIL RIGHTS ACT, 42 U.S.C 1983

NAME WEAVER WILLIE
(LAST) (FIRST) (INITIAL)

E-filing

PRISONER NUMBER J-91389

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CV 08 2234 JW

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

CORRECTIONAL OFFICER RICH CREEK

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. ______
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.P

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

C. DID YOU PRESENT THE FACTS IN THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

1. COMPLAINT

08 2234 JW

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN why.

1. INFORMAL APPEAL
2, FIRST FORMAL LEVEL
3. SECOND FORMAL LEVEL

E. IS THE LAST LEVEL TO which YOU APPEALED THE highest LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( ) NO (✓)

F. IF YOU did NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIVANCE PROCEDURE.
EXPLAIN why. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531,

B, WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
CORRECTIONAL OFFICER RICH CREEK

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES. OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 04/01/08 CORRECTIONAL OFFICER RICH CREEK SAID THERE WAS NO CONFIDENTIAL LEGAL MAIL PICK UP THIS DAY WAS NOT A HOLIDAY, CORRECTIONAL OFFICER RICH CREEK REFUSED TO PICK UP PLAINTIFF CONFIDENTIAL LEGAL MAIL THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS; CITE NO CASES OR STATUTES.

LIABILITY DAMAGES; 50.000 FIFTY THOUSAND DOLLARS. DUE TO: HARRASSMENT(S) CONSPIRACY. U.S. CONSTITUTION VIOLATION

PUNITIVE DAMAGES; 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS 04 DAY OF 24 20 08

ILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532






CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE
UNITED STATES
COURT NORTHE
DISTRICT OF
CALIFORNIA 4
GOLDEN GATE
SAN FRANCISCO, C

94102X9999